UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RODERICK JACKSON,

Plaintiff,

v.   4:12-cv-12

OFFICERS AND OFFICERS OF THE COURTS AND DFCS IN BOTH GEORGIA AND FLORIDA,

Defendants.

## ORDER

Before the Court is Roderick Jackson's "Out-of-Time Motion to Appeal" the dismissal of his 42 U.S.C. § 1983 civil rights complaint. ECF No. 17. Upon conducting the early screening of Jackson's complaint required by the Prison Litigation Reform Act, the Court dismissed Jackson's complaint as "utterly deficient" and "bear[ing] not even the slightest hint that it can be cured with a 'second-chance' amendment." ECF Nos. 7; 13. The Court also notes that Jackson moved for, and was granted, an extension of time to object to the Magistrate's Report and Recommendation in this case, but he never moved for any extension of time to appeal from or ask for reconsideration of the Court's adoption order. *See* ECF Nos. 9; 10. Jackson fails to show any grounds for granting an out-of-time appeal of the Court's order, and the Court finds no grounds justifying reconsideration of that order. Accordingly, Jackson's motion, ECF No. 17, is **DENIED**.

This 10th day of January 2013.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA